EVANA DINUZZO *v.* DAN PERKINS CHEVROLET GEO, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 99 Conn. App. 336 (AC 27337), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the decision of the workers' compensation review board, upholding the workers' compensation commissioner's finding and award of survivor's benefits, under General Statutes § 31-306?"

The Supreme Court docket number is SC 17869.

*John M. Spielman*, in support of the petition.

*G. Randall Avery*, in opposition.

Decided March 14, 2007